**From:** Mavin Carter Griffin
**To:** RFL CRD
**Cc:** rrichardson@oaklandcityattorney.org; dmusinipally@oaklandcityattorney.org; kmclaughlin@oaklandcityattorney.org
**Subject:** Re: Court Order and Filings in Carter-Griffin v. City Of Oakland, 3:26-cv-11329-RFL
**Date:** Friday, October 2, 2026 8:49:06 PM

**CAUTION - EXTERNAL:**

Dear court

First thing is not going to save me.
By then I will be too late, the event is set for Monday as stated in my request or please and i thought I would be local in Oakland, I will notify the clerk but the zoom meeting can be sabotaged by this Monday event based upon my acess to my belongings that will as. Before permanently seized and at dpw whims destroyed or held in a location I cant get to from the hospital or morgue.
I need Satterfeild and city restrained on Monday or ASAP today.
I am out of time and need justice now.

I will be crippled by this event or killed and my only emotional support is my cat family who are personal saves from my ninja cat killer program that I 100 per ent successful in the end of rat population that was plague to this area .

I need help !! Did court misunderstand my urgency and the dates ? I was out of time in court house and am dyslexic. I could not get any support from the inhouse legal clinic and this will serve as injustice for the emergency protection tive order i so desperately needec and could not obtain under the calendar imposed date I agreed to under severe duress. I asked dpw for an e tension to manage this ongoing crisis and needed more time than a simp,e week . He would comp,y and threatened to take my animals and gaslit me and ganged up with the on assist cop as is his usual tactic. I am hated or targeted for my prior successes and my remaining issues pertaining to land rights and prior partnering and strong feminist and activist intelligence. I've been already irreparably harmed down to this megar provision . I will not survive considering the layers of repair efforts and responsible self care , legal matters yet reso,ves and no fi ancient supports . I can not afford anything but homelessness and even THIS is TOO EXPENSI E and leaves me broke by the 20th unable to save to mo e eat or replace vehicles that could support my relocation.

This issue is a death sentence for me
Please advise
5109432688
Mave Carter Griffin

Please ignore the proceedings in this email if it is unnecessary or injurious to my safety and the order for my case . I am not an attorney i am victim to city malfeasance and irreparable harm.,.
I do not know what can be done to save my from this personal event that I comming by no consequence of my doing,
I pray for justice and protection from this corrupt but city considered fair invol event to pave a goddammit street leadi g to a baseball park that has displaced my community on the sly.

I dont know what to do.

This section is detailed and true to the best of my experiences and knowledge sworn under possiblility of penalty or purgery this is my sworn statement of truth. MCG.
Founder of Wood Street Peoples Collective and in community leadership , partner to city experimental campus project from 2019..

As of this Monday October 5th the day before emergency hearing scheduled for San Francisco on Tuesday oct 6. Dammages will have happened and harms will be done and I will be irreparably harmed.

The city comes with a vengeance to destroy my space and cause misfortune and pressure to comply with programs that do not serve me in any way , lock me into them for undisclosed periods of time and disrupt my other options that were offered and are available thru the district attorney, this event us not sequenced to aid me to be housed or better stationed its a superfelous event to fill potholes for the newer residents who sometimes use this street rather than tbe other 4 streets that will better suit them and are available allready paved in parralell to this lesser traveled road . I am positioned in the easement set for utility and behind city issued krails where i have been stranded for two years and suffered to exsist after tremendous losses at citys hands and personal losses in private life for my fallen status abd health tomcause comprmisec survival issues to my aging health while exsisting in tnis never ending limbo and repeated i sults attacks loss suffered crimes disrespect and falling short on promises by citys negligences and certain citizen members in competitive tactical advantages while opperating in advocasy and u der invol ements with the ex mayors teams to control and profit off of continued disadvantaged still homeless citizens over last several years
( please excuse the grammatical and typo issues from this letter as my equipment is screwed) inside am low on batterie . Ignore if nessesary but please contact me and advise . 5109688
mave C Griffin

These half assed and biased programs actually set me back ( and are insufficiant to even the most representatious examples of u housed who accept housing as it stands and are strongly disrupted rather than benifiting the offers of program homeless housing. The current housing is offered is not confusive to any part of my future and willfurther jeopardize my housi g option still un der the victims of violent crimes claim im my particular position wait list or what ever ..I could explain if asked
This city issue has been on going un relentinh and is not typical as I may have been president in historic actions involving g a tions of a proactive e u housed persons and participating advocate u der first partner with city of Oakland in a contract under agreements and course of action that meet the 4 points of lawful contract proof started in 2019 for lands of CA Trans, I itiated at meeti g with mayor libbyschaffand has been I tempered with as to cause serious irreparable harm sufferage and death I the efforts to disol e the colle ti e i I situated for public service to get land for our campus that I am still involved with and waiting ....

I am going g to bedevastated and my vu fragility further exploited by the doings intent of Ivan Satterfeild and the staff set to manage homeless issues at city of Oakland , of which I was to have held invol eme t through a likened position ignored after covid was over and serious wrong and u lawful acts by the new elect Sheng Thao and her hand selected staff of hater s .
This should be further investigated by the FBI and this takes more time

Monday I am to be out of tended respect ( as if.. clearly not enough reasonable time..for consideration of my disabled status and my age and my s reduce as to then leave me without ANY INDEPENDENT OR PREVENTION OF HARMS OR SUPPORT REASONABLE TO KEEP ME ALIVE AND WELL AND CAUSI G HARM I AM TERRIFIED TO THINK ABOUT CONSEQUENTIAL OF THIS RAPE OF MY CURRENT LICATION FOR. PAVING!!

I need better options i needs to rage, I need bills managed , I need pri a year and a rep,cement of structures that have been illegally seized and to be prote ted from Ivan Satterfeild and his mayhem on Monday the 6th of October. I have prior callendared important personal care invol events. I have no place to go , I am not a tent user or program inclusive , I am a victim of violence and crimes and stalking and Satterveild and D.O.T.
This block is not a major important public road its a useful alley use mostly by our entire partner Cass.
And ball park outsiders..

If an emergency order still be possible to start emeadiately which was my belief can be possible it must happen ASAP. By the time you read this I could be dead from the duress of this issue and a on commi g stroke or heart attack from strain and my BP. Of bei g re order in high 200s.

I will di,gently email Cupid Alexander Sam

I look forward to this but irreparable harm I set to be executed upon my holdings at willow street for 830,or 9 am. I imagine that the city who oppressed me with a evictionary sweep for the benefit of the DoT and probable interested developers or ball park attendees but none of which should be the more important in equitable dealings.
I do not desire the hardships imposed and have been sacrificed my project interfered with our proje t land holdings taken and our collective , a group of citizens whom were treated like livestock and our partnership set aside and treated for the benifit of certain city and nonprofits as uninvolved u housed called homeless people and my rights and the lives of others seriously harmed by the on going misdirection and superficial focus upon the emerging new residents and future residents while oppressing good faith unhoused and other collective members still residing on collateral spaces forced illegally after bad faith and serious harms for appear as if the city was a parenting governence, a master , and we were unconcerned wild children instead of a model of significant successes and globally known internationally of fame for more than being the biggest homeless encampment besides skid row in our country .
This will be heard at trial but currently we are living under extreme hardship imposed by city and i am still hold controlling interest and investment of life and time and thru participation without pay I might add, to the citys last 14 years of attempted progresses and my loss as of late back to the covid period and promises made for which has shown no respect and intact our rights have been decreased and nothing in the citys recent history has shown any equity nor equality andcaused death mental illness wide spread conflict reputation destroyed progresses and history treated as nothing but had significantly saved lives unlike citys mistreatments and casual imp,imitation games with scope of deadlines bullshit press releases imposed programs and scrappy housing navigation that has also included a diversion from the 2019 promise of future position in the form of ,relations, policy ethos and program inclusive civic education for the unhoused culture. As a director of homeless innovation. I have been moved 6 times and more than half of those moves were under false pretence and favor over our entitled agreement for active role in the unhoused services resorce and economic advances that has

been the project partnering for a Colabitat campus serving ALL the people and promoting unhoused and low income and mergers with UC systems, and as of 2020 its been a war feild a series of lies and misdirection and death arson events threats unfair and biased ordinence creation and gaslighting. They replaced a Dpw worker and EMT leader with Ivan Satterfeild who is affressive and retribution in his carring out of duty and my personal survival is consistently mocked ignored and he is abusive as to destroy my final trailer after boss had been responsible for the seizure of our project our governence our land our funding our position our lives and stole thru dpw and the emt and false contract with city of Oakland with out notification to me and the collective in active partnering. Subsequently , I could do no claims with city for several reasons of conflicting forms not inclusive to the homeless crisis and aware to the unhoused, no lawyers available and no clinics ready to assist and if I pursue stoppage or bringing the incredibly horrible truths to civil about city I was at serious risk and would not finally be recruited in as promised in talks with emt and alluded to by administration. I lave lost 5 living trailers at my cost , had lost 4 vehicles owned whichn3 were in my name and on private land we/:I was Responsible for aquistion of yet city was breach and this was crippling , my final trailer and cargo container was taken alledged by city without notice and the lastvone destroyed on private land i had right to thru a land leased of years that could easily been satisfied by proper medications with owner and city at that time.
But
Ivan Satterfeild betrayed the city contract agreement while I spoke with then admin Duffy, and instead of storing my stuff in a relocated cargo box I was crushed and in front of many other members of wood street rv park that was also our program hyjacked , and myself services and city personel . I witnessed 3 of my newest kittens drop up out from the bucket loader one to the Street, and two into the dumpster and crushed to death while mother cats ran in and about the heavy equipment performing under serious instinct to protect them and risking their lives while city police homeless liaison reported entering my habitat space uninvited without warrent and removing cats that all had been born to 5 mother's all begal kittens with exotic coats and part of my program to kill the rat population in our neighborhood over 30 acres by sewer dept and port.
This traumatized me for life I suffer ptsd and

This Monday, 6 monthes after seizing my replacement vintage trailer leaving me vunerable tutoring and perverts and the elements without shelter beyond a shanty
To survive with my cats left in the street
I contracted pneumonia directly after raims started and no new admins no mayor no Advocates were interested in support save the few from Cob on Wood and our Jr crew at Commons. ..to help sustain me and no word from city. I almost died and now after the failure of city to evaluate and safe shelter us during two huge chemical fires, leaving unhoused to breathe toxic clouds of smoke, I have had escallating health issues and my cats have been collaterally harmed.
I have cancer .
Monday at 8 am or so Ivan and Sam will return to destroy the collected efforts clothes shoes belongings stop conference area and creative respects to my original piece of art a landmark and historic result for great change that I use without a trailer. All my cats that are my only family will be confiscated and we will be barred unsheltered without comfort or protection . My nerves can not handle this as was my reason for filing all attempts were discouraged by the time constraint of Ivans choosing to compensate for disabled status and time to move requirements HE INSISTED BEGRUDGINGLY TO A CONTRACT TO MOVE .
He is committed g and happily harassed me repeatedly personally nagging and flexing power in front of his crew and no support was available at law clinic

I have a huge list of self care and respo sibilities that are completely sacked and will be effected by my trauma . As it was last Monday it took me about 36 hours to move to respond and my biopsy result came in and emeafiate surgery was pressed to me and i can not u der these cir umstanc3s and if Ivan is not controlled prevented from creating this distruction he so looks forward to, it will compro ise my life, and weaken my will to fight this can er as I did all thi gs that try to kill me and keep me oppressed and from going g home recovering my now adult children and fixing g my estranged marriage of years ,

You do t know what and how much I've survived . I want justice and safety p,ease
Your schedule does not stop the harm that is comming to kill me in time.

What can be done ?

On Fri, Oct 2, 2026, 6:25 PM RFL CRD <RFLCRD@cand.uscourts.gov> wrote:

> Good evening,
>
> Please find attached an Order the Court issued in the above-titled case today as well as the corresponding filings. The Court has set a status conference on Plaintiff's Motion for Temporary Restraining Order for **Tuesday, October 6, at 1:30 p.m.**
>
> Parties may appear in person in Courtroom 4 on the 17th floor of the U.S. District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California. Any party wishing to appear via Zoom rather than in person may do so by alerting the courtroom deputy before 11:00 a.m. that day at rflcrd@cand.uscourts.gov, and following the instructions for Public Hearings at https://cand.uscourts.gov/judges/lin-rita-f-rfl/.
>
> Best regards,

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.