UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAVE L. CARTER-GRIFFIN,

Plaintiff,

v.

CITY OF OAKLAND, et al.,

Defendants.

Case No. 26-cv-11329-RFL

**ORDER RE TRO APPLICATION**

Re: Dkt. No. 3

Plaintiff's motion for a temporary restraining order filed on the evening of Friday, October 2, 2026, described the likely timing of potential seizure of her items to be Tuesday, October 6, or Wednesday, October 7, so the hearing was set for October 6 to allow time for counsel for the City of Oakland receive notice of the hearing and to appear. Plaintiff has now submitted evidence that she may face injury before the hearing. Dkt. No. 9. Without a full evaluation of the Application for a Temporary Restraining Order, Plaintiff's allegations appear to raise potentially serious questions going to the merits, and the balance of hardships would appear to tip sharply in Plaintiff's favor if many of her most important possessions are seized. *See All. for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1135 (9th Cir. 2011). Thus, Defendants are **ORDERED** to preserve the status quo with respect to the seizure of Plaintiff's property until the conclusion of the hearing set for 1:30 p.m. on Tuesday, October 6, 2026.

**IT IS SO ORDERED.**

Dated: October 5, 2026 at 12:02 p.m.

RITA F. LIN
United States District Judge